UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                                  Case No: 08-20103
                                                  Honorable Victoria A. Roberts

D-2    GARY ABERNATHY,

    Defendant.
_____/

## **ORDER STRIKING *PRO SE* FILINGS BY A REPRESENTED PARTY**

Defendant Gary Abernathy filed a Motion and Combined Brief Expanding the Record With Objections [Doc. 43] pro se.

Federal law permits a criminal defendant to appear "personally or by counsel." 28 U.S.C. §1654. This right is "disjunctive; a party may either represent himself or appear through an attorney." Hall v Dorsey, 534 F. Supp. 507, 508 (E.D. Pa 1982).

There is no right, constitutional or otherwise, to "hybrid representation - the representation at the same time by counsel and *pro se.*" United States v Trapnell, 638 F. 2d 1016, 1027 (7th Cir. 1980). Therefore, as part of the latitude accorded district courts in managing their dockets, courts may bar *pro se* filings by represented parties. United States v Agofsky, 20 F. 3d 866, 872 (8th Cir. 1994) (finding no error in the court's refusal to consider *pro se* motion where defendant was represented by counsel); United States v Tracy, 989 F. 2d 1279, 1285 (1st Cir. 1993) ("A district court enjoys wide

1

latitude in managing its docket and can require represented parties to present motions through counsel.")

Accordingly, Defendant's motion is **STRICKEN** and forwarded to defendant's counsel without further consideration.  Future filings are similarly barred so long as defendant continues to be presented by counsel.

**IT IS SO ORDERED.**


S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  August 20, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record and Gary Abernathy by electronic means or U.S. Mail on August 20, 2008.

S/Carol A. Pinegar
Deputy Clerk